## Commonwealth *v.* Harrison, Appellant.

Argued December 10, 1971. *S. David Fineman,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Romer Holleran,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Harvey, Appellant.

Submitted December 13, 1971. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *O. Warren Higgins,* Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.